

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00500-CV

**IN RE SAN MIGUEL ELECTRIC COOPERATIVE, INC., South Texas Electric Cooperative, Inc., and Kiewit Mining Group, Inc.**

Original Mandamus Proceeding[1]

## ORDER

On October 9, 2020, relators filed a petition for writ of mandamus. After considering relators' petition, the response of the real parties in interest, relators' reply, and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 27, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 18-08-0777-CVA, styled *San Miguel Electric Cooperative, Inc. v. A.M. Peeler Ranch, LLC, Alonzo M. Peeler, Jr., and Barbara Gene Peeler*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Russell Wilson presiding.